UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Merissa Franklin,

        Plaintiff,

v.

Kelley Eelnurme, Doreen McInnis, and
DaVita World Headquarters,

        Defendants.
                                       /

Case No. 13-11329

Honorable Nancy G. Edmunds

## ORDER AND OPINION ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JUNE 4, 2013 REPORT AND RECOMMENDATION [14]

Before the Court is the magistrate judge's June 4, 2013 report and recommendation that the Court dismiss Plaintiff Merissa Franklin's Title VII claims/complaint with prejudice against the two individual defendants. The Court is fully advised in the premises and has reviewed the record and the pleadings. No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

The Court therefore GRANTS Defendants Eelnurme and McInnis's motion to dismiss and DISMISSES them from this case with prejudice.

So ordered.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: July 11, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 11, 2013, by electronic and/or ordinary mail.

s/Johnetta M. Curry-Williams
Case Manager
Acting in the Absence of Carol A. Hemeyer